UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| MICHELLE BOGUE, | ) | 3:14-cv-00221-HDM-WGC |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff has filed a motion for reversal and/or remand of the defendant's denial of her claim for social security disability benefits (#15), and the defendant has moved to affirm (#18). On July 16, 2015, the magistrate judge issued his report and recommendation recommending that the court deny the plaintiff's motion and grant the defendant's cross-motion to affirm (#22). No objections to the report and recommendation have been filed, and the time for doing so has expired.

The court has considered the pleadings and memoranda of the parties and other relevant matters of record, and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law. Good cause appearing, the court

1

hereby **ADOPTS AND ACCEPTS** the report and recommendation of the United States Magistrate Judge (#22).

In accordance with the foregoing, plaintiff's motion for reversal and/or remand (#15) is **DENIED,** and defendant's cross-motion to affirm (#18) is **GRANTED.**

IT IS SO ORDERED.

DATED: This 10th day of September, 2015.

_____
UNITED STATES DISTRICT JUDGE

2